1
2
3
4
5
6
7

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the Interior; ROBERT ABBEY, Director of Bureau of Land Management; TERI RAML, District Manager; BLM CALIFORNIA DESERT DISTRICT; MARGARET GOODRO, Field Manager; BLM EL CENTRO FIELD OFFICE,<br><br>Defendants. | Civil No.   10cv2241-LAB (CAB)<br><br>**ORDER CONTINUING DEADLINE FOR COMPLETION OF FURTHER EARLY NEUTRAL EVALUATION CONFERENCE** |
|---|---|

   The parties have informed the Court that they have scheduled the follow-up Early Neutral Evaluation Conference for January 26, 2011 at 1:00 p.m. (MST) and agreed upon a location. Accordingly, the Court **HEREBY CONTINUES** the deadline for completing the Early Neutral Evaluation Conference one week to January 26, 2011. Due to the Court's calendar, the

/ / /

/ / /

/ / /

/ / /

1 | Court is not available to attend the conference in-person but will be available by telephone to
2 | consult with the parties.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED:  January 14, 2011
6 |
7 |                                        **CATHY ANN BENCIVENGO**
                                       United States Magistrate Judge