IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

AYAKO SATO (D.C. 977669)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, D.C.  20044-0663
TEL:   (202) 305-0239
FAX:   (202) 305-0506
e-mail:  ayako.sato@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　Defendants. | No. 3:10-cv-2241 LAB CAB<br><br>FEDERAL DEFENDANTS' NOTICE OF RELATED CASES<br><br>Date:   N/A<br><br>Time:   N/A<br><br>Courtroom No. 9, Second Floor<br><br>Hon. Larry Alan Burns |

Federal Defendants U.S. Department of the Interior, Bureau of Land Management, Kenneth L. Salazar, Robert Abbey, Teri Raml, and Margaret Goodro submit this Notice of Related Cases, pursuant to Civil Local Rule 40.1.

The following cases have been brought by different plaintiffs or groups of plaintiffs, but all naming the U.S. Department of the Interior, U.S. Bureau of Land Management, and various federal officials and all asserting claims under the National Environmental Policy Act, 42 U.S.C. §§ 4321–4370h, the National Historic Preservation Act, 16 U.S.C. §§ 470–470x-6, and the Federal Land Policy and Management Act, 43 U.S.C. §§ 1701–1787, challenging the Imperial Valley Solar Project proposed for construction in Imperial County:

(1) *Quechan Tribe of the Fort Yuma Indian Reservation v. U.S. Department of the Interior* ("*Quechan*"), No. 3:10-cv-2241 LAB CAB (Judge Burns);

(2) *La Cuna de Aztlan Sacred Sites Protection Circle Advisory Committee v. U.S. Department of the Interior* ("*La Cuna*"), No. 3:10-cv-2664 WQH WVG (Judge Hayes);[1]

and

(3) *Protect Our Communities Foundation v. Salazar* ("*POC*"), No. 3:11-124 L POR (Judge Lorenz).

A preliminary injunction has been issued in *Quechan*. (Order of Jan. 13, 2011 [Dkt. #38].) Plaintiffs withdrew their application for a temporary restraining order in *La Cuna*, and no motion for preliminary relief is currently pending in that case. (*See* Order of Jan. 25, 2011 [Dkt. #109].) The Federal Defendants have not yet been served in *POC* and there has been no motion for preliminary relief filed.

Given that the same project has been challenged in three separate cases bringing the same or similar claims, but assigned to three different judges of this court, it seems appropriate that the matters be reassigned to one judge, as the Court's determination of judicial efficiency and convenience may direct.

---

[1] The plaintiffs in *La Cuna* also bring claims under the Native American Graves Protection and Repatriation Act, 25 U.S.C. § 3001–3013.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | DATED: February 2, 2011 | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| | | /s/*David B. Glazer*<br>DAVID B. GLAZER<br>Natural Resources Section<br>Environment & Natural Resources Division<br>United States Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, California<br>Tel:   (415) 744-6491<br>Fax:  (415) 744-6476<br>E-mail: David.Glazer@usdoj.gov |
| | | AYAKO SATO<br>Natural Resources Section<br>Environment & Natural Resources Division<br>United States Department of Justice<br>Ben Franklin Station, P.O. Box 663<br>Washington, D.C.  20044-0663<br>TEL:   (202) 305-0239<br>FAX:   (202) 305-0506<br>e-mail: ayako.sato@usdoj.gov |
| | | *Attorneys for the  Federal Defendants* |

OF COUNSEL

Erica Niebauer
Gregory Russell
Office of the Solicitor
U.S. Department of Interior

---

*Quechan Tribe v. U.S. Dep't of the Interior*, No. 3:10-cv-2241 LAB CAB
Federal Defendants' Notice of Related Cases                                    2

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on February 2, 2011, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2011  /s/*David B. Glazer*
David B. Glazer