BINGHAM MCCUTCHEN LLP
Ella Foley Gannon (SBN 197591)
ella.gannon@bingham.com
Julie Jones (SBN 124883)
julie.jones@bingham.com
Verne Ball (SBN 244014)
verne.ball@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Intervenor-Defendant
Imperial Valley Solar, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the Interior; ROBERT ABBEY, Director Bureau of Land Management; TERI RAML, District Manager, BLM California Desert District; MARGARET GOODRO, Field Manager, BLM El Centro Field Office,<br><br>Defendants.<br><br>IMPERIAL VALLEY SOLAR, LLC,<br><br>Intervenor-Defendant. | Case No. 10-CV-2241 LAB CAB<br><br>**JOINT MOTION TO APPROVE STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:      n/a<br>Time:      n/a<br>Courtroom: E<br>Judge:     Hon. Cathy Bencivengo<br><br>Action Filed:   October 29, 2010 |

Pursuant to Local Rule 7.2 the parties to the above captioned action seek the Court's approval of the following stipulation:

| | |
|---|---|
| 1 | WHEREAS, a status conference in this matter is set for February 14, 2011 before |
| 2 | the Honorable Cathy A. Bencivengo; |
| 3 | WHEREAS, Imperial Valley Solar, LLC was acquired by Sun Lake Solar, LLC, a |
| 4 | wholly owned subsidiary of AES Solar Power, LLC ("New Project Proponent"), on February |
| 5 | 8th, 2011; |
| 6 | WHEREAS, the New Project Proponent would like to have time to evaluate the |
| 7 | status of the project and the issues before the Court; and |
| 8 | WHEREAS, the parties agree that a continuance is warranted and a status |
| 9 | conference would be more productive at a later date; |
| 10 | THEREFORE, the parties stipulate as follows: |
| 11 | The status conference set for February 14, 2011 should be continued to a date and |
| 12 | time convenient for the Court between March 1, 2011 and March 3, 2011. |

**IT IS, THEREFORE, SO AGREED AND STIPULATED.**

Respectfully submitted this 11th day of February, 2011

| For Plaintiffs: | For Defendant-Intervenor: |
|---|---|
| /s/ Thane D. Somerville<br>THANE D. SOMERVILLE<br>Morisset, Schosser, & Jozwiak | /s/ Ella Foley Gannon<br>ELLA FOLEY GANNON<br>Bingham McCutchen LLP |

**For Federal Defendants:**

/s/ David B. Glazer
DAVID B. GLAZER
United States Department of Justice

<u>CERTIFICATE OF SERVICE</u>

I, Ella Foley Gannon, hereby certify that on February 11, 2011, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 11, 2011                    <u>/s/ Ella Foley Gannon</u>
                                             Ella Foley Gannon