# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE HONORABLE ANTHONY J. BATTAGLIA | **ORDER** |

BURNS, Judge:

The following civil cases are transferred from Judge Burns to Judge Battaglia:

1) *Lima v. Kramer*, 6 CV 2388
2) *Mitchell v. Corrections Corp.*, 9 CV 1554
3) *Quinones v. Chase*, 9 CV 2748
4) *DJO, LLC v. Vitalwear, Inc.*, 9 CV 2872
5) *Lambert v. Soto*, 10 CV 1976
6) *Santillo v. United States*, 10 CV 2469
7) *United States v. Stronghold Engineering*, 11 CV 275
8) *Benjamin v. NextWave*, 8 CV 1934
9) *Sarabi v. Quality Asset Recovery*, 11 CV 112
10) *Pauma Band of Mission Indians v. State of CA*, 9 CV 1955
11) *Haak v. Cedar Fair*, 7 CV 1974

1  12)  *Finch v. American General Finance*, 8 CV 1151
2  13)  *Vestin Realty v. Klaas*, 8 CV 2011
3  14)  *Brecher v. Citigroup*, 9 CV 1344
4  15)  *Schulz v. Qualxserve*, 9 CV 17
5  16)  *Quechan v. U.S. Department of Interior*, 10 CV 2241 (related to *La Cuna de Aztlan v. U.S. Department of Interior*, 10 CV 2664, and *Protect Our Communities Foundation v. Salazar*, 11 CV 124.)

The initials AJB shall replace LAB in all future pleadings. All pending motion hearing and pretrial conference dates on the calendar of Judge Burns shall remain as scheduled on the calendar of Judge Battaglia. All dates calendared before the magistrate judges shall remain as scheduled.

**IT IS SO ORDERED**.

DATED: March 22, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge